| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Zaven A. Pehlevanian, ESQ (SBN:330750)<br>Pehlevanian Law Group, APC.<br>3500 W. Olive Ave. Suite 300<br>Burbank, CA 91505<br><br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for:* Edward Christopher Pehlevanian | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -*San Fernando Valley* DIVISION**

| In re:<br>Edward Christopher Pehlevanian<br><br><br><br><br>Debtor(s) | CASE NO.: 1:20-bk-11680-VK<br>CHAPTER: 7<br>ADVERSARY NO: 1:21-01070-VK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 05/25/2022<br>TIME: 1:30p.m.<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd, Woodland Hills, CA 91367 |
|---|---|
| Plaintiff(s)<br>vs.<br><br>United State Department of Education et al<br><br><br><br>Defendant(s) | |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☐ Continued to the following date for a further status conference: (*date*) _____ (*time*) _____
   b. ☒ A joint status report must be filed and served, including a judge's copy, by (*date*): 05/11/2022
   c. ☐ The last day to join other parties and to amend pleadings is (*specify date*): _____
   d. ☒ The last day for pre-trial motions to be filed and served, including a judge's copy, is (*date*): 11/14/2022
   e. ☐ The last date for pre-trial motions to be heard is (*date*): _____

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*      Page 1      **F 7016-1.2.ORDER.STATUS.CONF**

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: 11/01/2022

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* 11/23/22    *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* 12/07/2022    *(time)* 1:30p.m.
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: 16

j. ☐ A trial is set for *(date)* _____    *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☐ Other *(specify)*:

###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**